IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO


MICHELLE GARCIA and ROBERT GARCIA,
as parents and next friends of a minor,
YZETTA MARTINEZ,

       Plaintiffs,

vs.                                  Civ. No. 00-773 JC/DJS ACE

TONY TORRES, in his individual and
official capacities,

       Defendant.


REPORT AND RECOMMENDATION

On January 15, 2002, I conducted a hearing attended by counsel for the parties, the minor

Plaintiff, the minor Plaintiff's parents, and the Guardian ad Litem. I received oral reports from

counsel for Plaintiffs and Defendant, as well as additional comments from the Guardian ad Litem

who had supplied the Court with a copy of her report.

This lawsuit involves allegations of sexual harassment brought by a fourteen year old

school girl against one of her teachers who also happened to be her cousin. There was a

substantial question as to whether the actions complained of would be actionable sexual

harassment. Additionally, any compensatory damages appear to be quite limited. Given the

parameters of the case, I find that the proposed settlement is fair and adequate. The Guardian ad

Litem and counsel for Plaintiffs have submitted orders to me concerning the fairness question;

however, any order that is entered resolving this question should be entered by the presiding judge

in the case.  I am submitting the proposed orders directly to the trial judge so that he may refer to them when he enters his order.

## RECOMMENDATION

I recommend that the proposed settlement be accepted and approved by the Court.

 

 

 

_____
UNITED STATES MAGISTRATE JUDGE